AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America<br>v.<br>MARIA RODRIGUEZ (1)<br>DANIEL REYES-MORFIN (2)<br>SAUL CAMACHO-REYES (3)<br>*Defendant* | Case No. 1:17-MJ-04143-MKD |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  07/25/2017  in the county of  Yakima  in the  Eastern  District of Washington, the defendant violated  21  U. S. C. §  841a1, 846 , an offense described as follows:

Conspiracy to distribute 50 grams or more of actual Methamphetamine.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua Gravell, Special Agent, DEA
*Printed name and title*

☒ Sworn to telephonically and signed electronically.
☐ Sworn to before me and signed in my presence.

Date: 9:45 AM, Jul 26, 2017

*Judge's signature*

City and state:  Yakima, Washington

MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

AUSA: BDS