JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>  vs.<br><br>OSVALDO FIGUEROA aka MARTIN FIGUEROA,<br>MARIA RODRIGUEZ,<br><br>               Defendants. | 1:17-CR-2038-SMJ-1<br>1:17-CR-2038-SMJ-15<br><br>Bill of Particulars for Forfeiture of Property |

    The United States of America, by and through Joseph H. Harrington, Acting United States Attorney for the Eastern District of Washington, and Benjamin D. Seal, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

    The Indictment seeks forfeiture of property pursuant to 21 U.S.C. § 853. The United States hereby gives notice the United States is seeking forfeiture of property as listed below:

<u>OSVALDO FIGUEROA aka MARTIN FIGUEROA</u>

<u>U.S. CURRENCY</u>

    a.    Approximately $83,500.00 U.S. Currency seized on or about July 25, 2017;

Bill of Particulars                       1

b. Approximately $421,320.00 U.S. Currency seized on or about July 25, 2017;

c. Approximately $89,100.00 U.S. Currency seized on or about July 25, 2017; and,

d. Approximately $8,846.00 U.S. Currency seized on or about July 25, 2017.

MARIA RODRIGUEZ

d. Approximately $8,846.00 U.S. Currency seized on or about July 25, 2017.

DATED: October 16, 2017

          Joseph H. Harrington
          Acting United States Attorney

          *s/Benjamin D. Seal*

          Benjamin D. Seal
          Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following, and/or I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant(s):

Richard A. Smith
Attorney for Defendant Osvaldo Figueroa
rasmith@house314.com

Ricardo Hernandez
Attorney for Defendant Maria Rodriguez
hloffice@basinis.com

*s/Benjamin D. Seal*

Benjamin D. Seal
Assistant United States Attorney